UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAM RONALD INGRAM,<br><br>　　　　　Defendant. | CASE NO. CR25-63<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with production of child pornography, attempted enticement of a minor, and possession of child pornography. Defendant was born in Canada and appears to be a citizen of that county although he has lived in the United States for many years, as a permanent resident. He has held various jobs but is currently unemployed. He resided with his wife of approximately 19 years. While Defendant has long term ties to this district and his wife is very supportive as to his release, the Court finds he has failed to overcome the presumption that he is both a risk to the community and a risk to flee. The government proffered Defendant is not merely a passive recipient of child pornography but poses a threat the minors through his

DETENTION ORDER - 1

manipulative conduct, and engaging the minors via the internet. The government contended Defendant has traumatized minors in this district. The government further proffered Defendant's conduct was not a one-time impulsive act but occurred over a span of years. The Court finds in balancing the positive aspects of Defendant's background with the seriousness and particulars of the allegations, that detention is warranted and appropriate.

It is therefore **ORDERED**:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 24th day of April, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2